## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| APPLE INC. | ) | |
|         Movant, | ) | |
| | ) | |
|    v. | ) | Misc. Case No. |
| | ) | _____ |
| OMNI BRIDGEWAY (USA) LLC | ) | |
| | ) | |
|       Respondent. | ) | (*MPH v. Apple Inc.*, Case No. 3:18- |
| | ) | cv-05935-TLT; pending in U.S.D.C. |
| | ) | N.D. Cal.) |

### <u>ORDER</u>

      AND NOW this _____ day of, 2024, having considered Movant Apple Inc.'s ("Apple")

Motion for Leave to File Under Seal ("Motion for Leave") and any response thereto, it is hereby

ORDERED that Apple's Motion for Leave is GRANTED.

 

                                     _____
                                      United States District Judge