# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC. <br>       Movant, <br><br> v. <br><br> OMNI BRIDGEWAY (USA) LLC <br><br>       Respondent. | Misc. Case No. <br> _____ <br><br> (*MPH v. Apple Inc.*, Case No. 3:18-cv-05935-TLT; pending in U.S.D.C. N.D. Cal.) |

## APPLE INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO OMNI BRIDGEWAY LLC

Movant Apple Inc. ("Apple") respectfully moves for an order compelling Omni Bridgeway (USA) LLC to fully comply with Apple's subpoena.

This motion is based on Apple's memorandum of law and accompanying documents filed in support and any further evidence, files, records, and argument to be presented at or before the hearing before the Court.

Dated:  July 3, 2024

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com

*Attorney for Movant Apple Inc.*

1