**CERTIFICATION PURSUANT TO D. DEL. LR. 7.1.1**

Pursuant to District of Delaware Local Rule 7.1.1, As set forth below and in the accompanying declaration, counsel for Apple Inc. has conferred extensively with counsel for Omni Bridgeway (USA) LLC in an attempt to resolve any issues relating to the Subpoena. Despite Apple's counsel's best efforts, the parties have been unable to resolve the issues and Omni Bridgeway (USA) LLC refuses to produce the necessary documents and opposes the relief Apple seeks by this motion.

Dated:  July 3, 2024                                  */s. Brian A. Biggs*
                                                                  Brian A. Biggs (DE Bar No. 5591)
                                                                  *Attorney for Movant Apple Inc.*