IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.<br>   Movant,<br><br> v.<br><br>OMNI BRIDGEWAY (USA) LLC<br><br>   Respondent. | )<br>)<br>)<br>)<br>) Misc. Case No.<br>) _____<br>)<br>) (*MPH v. Apple Inc.*, Case No. 3:18-<br>) cv-05935-TLT; pending in U.S.D.C.<br>) N.D. Cal.)<br>) |

**DECLARATION OF HANNAH CANNOM IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO OMNI BRIDGEWAY LLC**

I, Hannah Cannom, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I submit this declaration in connection with Apple Inc.'s ("Apple") Motion to Compel Compliance with Subpoena to Omni Bridgeway (USA) LLC ("Omni"). I provide the statements in this declaration upon my personal knowledge. If called to testify as a witness in this matter, I could and would testify competently and truthfully to each of the statements in this declaration under oath.

2. I am an attorney and partner at Walker Stevens Cannom LLP located in Los Angeles, California, where I have been employed since 2014. I represent the Movant, Apple Inc., in the underlying litigation, *MPH Techs. Oy v. Apple Inc.*, Case No. 3:18-cv-05935-TLT, currently pending in the United States District Court for the District of Northern California (the "N.D. Cal. Litigation"), and as such I am familiar with the facts of the underlying litigation.

3. Apple served an Amended Subpoena on Omni, a Delaware limited liability company, through Omni's registered agent for service of process in Delaware on December 4, 2023.

1

4.  Omni served objections to the Amended Subpoena to Apple on January 18, 2024.

5.  Apple and Omni thereafter met and conferred on the Amended Subpoena several times, including February 7, 2024, February 16, 2024, March 5, 2024, April 9, 2024, and May 2, 2024.

6.  Following these meet and confers and to date, Omni has not produced any responsive documents to the Amended Subpoena nor offered any witness for a deposition. Omni also has not served a privilege log.

7.  In the underlying litigation, plaintiff MPH Technology Oy ("MPH") claims it has no licenses that are technically or economically comparable to the hypothetical license between MPH and Apple.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July the 3rd, 2024, in Los Angeles, California.

Hannah Cannom