**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC. )<br>      Movant, )<br> )<br>v. )<br> )<br>OMNI BRIDGEWAY (USA) LLC )<br> )<br>      Respondent. )<br> )<br> )<br> ) | Misc. Case No.<br>_____<br><br>(*MPH v. Apple Inc.*, Case No. 3:18-cv-05935-TLT; pending in U.S.D.C. N.D. Cal.) |

**APPLE INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Movant Apple Inc. states that it is a publicly-traded corporation and that no publicly traded entity owns 10% or more of its stock.

Dated: July 3, 2024

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com

*Attorney for Movant Apple Inc.*

1