# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.<br>　　　　Movant,<br><br>　　v.<br><br>OMNI BRIDGEWAY (USA) LLC<br><br>　　　　Respondent. | Misc. Case No.  24-330-UNA<br>_____<br><br>(*MPH v. Apple Inc.*, Case No. 3:18-cv-05935-TLT; pending in U.S.D.C. N.D. Cal.) |

## **ORDER**

AND NOW this  5th  day of, July 2024, having considered Movant Apple Inc.'s ("Apple") Motion for Leave to File Under Seal ("Motion for Leave") and any response thereto, it is hereby ORDERED that Apple's Motion for Leave is GRANTED.

_____
The Honorable Jennifer L. Hall
United States District Judge