IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 24-mc-330 (CFC) |
| | ) | |
| OMNI BRIDGEWAY (USA) LLC, | ) | |
| | ) | |
| Respondent. | ) | |

## **RESPONDENT'S FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Judge Connolly's Standing Order Regarding Disclosure Statements, Respondent Omni Bridgeway (USA) LLC states:

1. Respondent Omni Bridgeway (USA) LLC is a wholly-owned group subsidiary of publicly held corporation Omni Bridgeway Limited, which is listed on the Australian Stock Exchange ("ASX"). No publicly held corporation owns 10% or more of the stock in Omni Bridgeway Limited.

OF COUNSEL:

Jennifer A. Kash
Francesca M. S. Germinario
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940

July 12, 2024

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Brian P. Egan*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Respondent*
*Omni Bridgeway (USA) LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 12, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian A. Biggs, Esquire<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>*Attorneys for Petitioner Apple Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)