IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   No. 24-mc-330 (CFC) |
| | ) |
| OMNI BRIDGEWAY (USA) LLC, | ) |
| | ) |
|     Respondent. | ) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Jennifer A. Kash and Francesca M. S. Germinario of WARREN KASH WARREN LLP to represent respondent Omni Bridgeway (USA) LLC in this matter.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Brian P. Egan*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Respondent*
*Omni Bridgeway (USA) LLC*

July 22, 2024

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jennifer A. Kash and Francesca M. S. Germinario is granted.

Dated: _____          _____
                                                            Chief, United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 22, 2024                     /s/ Jennifer A. Kash
                                        Jennifer A. Kash
                                        WARREN KASH WARREN LLP
                                        2261 Market Street, No. 606
                                        San Francisco, California, 94114
                                        (415) 895-2940

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 22, 2024

/s/ *Francesca M. S. Germinario*
Francesca M. S. Germinario
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 22, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian A. Biggs, Esquire<br>DLA P<span>IPER</span> LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>*Attorneys for Petitioner Apple Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)