# EXHIBIT E



# Reports

Home / Investors / Announcements, Reports and Presentations / Annual Reports

## Annual Reports

**23-AUG-2023**

[Annual Report 30 June 2023](#)

**30-AUG-2022**

[Annual Report 30 June 2022](#)

**25-AUG-2021**

[Annual Report 30 June 2021](#)

**24-AUG-2020**

[Annual Report 30 June 2020](#)

**20-AUG-2019**

[Annual Report 30 June 2019](#)

**28-AUG-2018**

[Annual Report 30 June 2018](#)

**24-AUG-2017**

[Annual Report 30 June 2017](#)

**23-AUG-2016**

[Annual Report 30 June 2016](#)

**19-AUG-2015**

[Annual Report 30 June 2015](#)

**21-AUG-2014**

[Annual Report 30 June 2014](#)

**21-AUG-2013**

[Annual Report 30 June 2013](#)

**22-AUG-2012**

Annual Report 30 June 2012

24-AUG-2011

Annual Report 30 June 2011

24-AUG-2010

Annual Report 30 June 2010

26-AUG-2009

Annual Report 30 June 2009

25-AUG-2008

Annual Report 30 June 2008

28-SEP-2007

Annual Report 30 June 2007

29-SEP-2006

Annual Report 30 June 2006

28-SEP-2005

Annual Report 30 June 2005

29-SEP-2004

Annual Report 30 June 2004

30-SEP-2003

Annual Report 30 June 2003

27-SEP-2002

Annual Report 30 June 2002

© OmniBridgeway, 2024

All Rights Reserved

Follow Us