# EXHIBIT 3

# United States District Court
# District of Nevada (Reno)
# CIVIL DOCKET FOR CASE #: 3:24-cv-00271-ART-CLB

MPH Technologies OY v. Apple, Inc.  
Assigned to: District Judge Anne R. Traum  
Referred to: Magistrate Judge Carla Baldwin  
 Case: [3:24-ms-00007](#)  
Case in other court: Northern District of California, 3:18-cv-05935-TLT  
Cause: Civil Miscellaneous Case

Date Filed: 06/26/2024  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**MPH Technologies OY**          represented by    **Ashley E LaValley**  
Lee Sheikh & Haan LLC  
125 South Clark Street  
Suite 1175  
Chicago, IL 60603  
312-982-0068  
Fax: 312-982-0071  
Email: alavalley@leesheikj.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Michael R Brooks**  
Hutchison & Steffen, PLLC  
10080 W. Alta Drive  
Ste 200  
Las Vegas, NV 89145  
702-385-2500  
Fax: 702-385-2086  
Email: mbrooks@hutchlegal.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James Daniel Mitchell**  
Lee Sheikh & Haan LLC  
125 South Clark Street  
Suite 1175  
Chicago, IL 60603  
312-982-0063  
Fax: 312-982-0071  
Email: jmitchell@leesheikh.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Apple, Inc.

**Objector**

| | | |
|---|---|---|
| VirnetX Inc. | represented by | **Christopher Chiou** <br> Wilson Sonsini Goodrich & Rosati, P.C. <br> 953 East Third Street <br> Suite 100 <br> Los Angeles, CA 90013 <br> 323-210-2987 <br> Fax: 866-974-7329 <br> Email: cchiou@wsgr.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Daniel R. Pearson** <br> Caldwell Cassady Curry PC <br> 2121 N. Pearl St. <br> Suite 1200 <br> Dallas, TX 75201 <br> 214-888-4848 <br> Fax: 214-888-4849 <br> Email: dpearson@caldwellcc.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Jason Dodd Cassady** <br> Caldwell Cassady Curry PC <br> 2121 N. Pearl Street <br> Ste 1200 <br> Dallas, TX 75201 <br> 214-888-4848 <br> Email: jcassady@caldwellcc.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Jordan T. Smith** <br> Pisanelli Bice, PLLC <br> 400 South 7th Street, Suite 300 <br> Las Vegas, NV 89101 <br> 702-214-2100 <br> Fax: 702-214-2101 <br> Email: jts@pisanellibice.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2024 | [1](#) | MOTION to Compel Virnetx Inc.'s Compliance with Subpoena, by Plaintiff MPH Technologies OY. Responses due by 7/10/2024. (Attachments: # [1](#) Cover letter, # [2](#) Receipt #3-0599)(DLS) (other) (Additional attachment(s) added on 6/26/2024: # [3](#) Declaration) (DLS). (Entered: 06/26/2024) |
| 06/26/2024 | | Case randomly assigned to District Judge Anne R. Traum and Magistrate Judge Carla Baldwin. (DLS) (Entered: 06/26/2024) |

| | | |
|---|---|---|
| 07/02/2024 | 2 | **See 5 Notice of Corrected Image** MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Ashley E. LaValley and DESIGNATION of Local Counsel Michael R. Brooks (Filing fee $ 250 receipt number ANVDC-7735581) by Plaintiff MPH Technologies OY. (Brooks, Michael) (Entered: 07/02/2024) |
| 07/08/2024 | 3 | **See 6 Notice of Corrected Image** MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by James Daniel Mitchell and DESIGNATION of Local Counsel Michael R. Brooks (Filing fee $ 250 receipt number ANVDC-7738819) by Plaintiff MPH Technologies OY. (Brooks, Michael) (Entered: 07/08/2024) |
| 07/09/2024 | 4 | RESPONSE to 1 Motion to Compel, by Objector VirnetX Inc.. Replies due by 7/16/2024. (Attachments: # 1 Declaration of Daniel Pearson, # 2 Exhibit 1 to Declaration, # 3 Exhibit 2 to Declaration)(Chiou, Christopher) (Entered: 07/09/2024) |
| 07/10/2024 | 5 | NOTICE of Corrected Image/Document re 2 Motion for Permission to Practice Pro Hac Vice - Verified Petition, for attorney Ashley E. LaValley, by Plaintiff MPH Technologies OY. (Service of corrected image is attached.) (Brooks, Michael) (Entered: 07/10/2024) |
| 07/10/2024 | 6 | NOTICE of Corrected Image/Document re 3 Motion for Permission to Practice Pro Hac Vice - Verified Petition, for attorney James Daniel Mitchell, by Plaintiff MPH Technologies OY. (Service of corrected image is attached.) (Brooks, Michael) (Entered: 07/10/2024) |
| 07/12/2024 | 7 | ORDER APPROVING 2 Verified Petition for Permission to Practice Pro Hac Vice and of Attorney Ashley E. LaValley for MPH Technologies Oy approving Designation of Local Counsel Michael R. Brooks. Signed by District Judge Anne R. Traum on 7/12/2024. Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov<br>(Copies have been distributed pursuant to the NEF - DRM) (Entered: 07/15/2024) |
| 07/12/2024 | 8 | ORDER APPROVING 3 Verified Petition for Permission to Practice Pro Hac Vice of Attorney James David Mitchell for MPH Technologies Oy and approving Designation of Local Counsel Michael R. Brooks. Signed by District Judge Anne R. Traum on 7/12/2024. Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov<br>(Copies have been distributed pursuant to the NEF - DRM) (Entered: 07/15/2024) |
| 07/16/2024 | 9 | NOTICE *Notice of Refiling of Declaration of James D. Mitchell in Support of MPH Technologies Oy's Motion to Compel VirnetX Inc.'s Compliance with Subpoena* by MPH Technologies OY re 1 Motion to Compel,. (Attachments: # 1 Declaration Declaration of James D. Mitchell In Support of MPH Technologies Oy's Reply, # 2 Exhibit Exhibit A to Decl of James D. Mitchell, # 3 Exhibit Exhibit B to Decl of James D Mitchell, # 4 Exhibit Exhibit C to Decl of James D Mitchell, # 5 Exhibit Exhibit D to Decl of James D Mitchell, # 6 Exhibit Exhibit E to Decl of James D Mitchell, # 7 Exhibit Exhibit F to Decl of James D Mitchell, # 8 Exhibit Exhibit G to Decl of James D Mitchell)(Mitchell, James) (Entered: 07/16/2024) |
| 07/16/2024 | 10 | REPLY to Response to 1 Motion to Compel, by Plaintiff MPH Technologies OY. (Mitchell, James) (Entered: 07/16/2024) |
| 07/22/2024 | 11 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Jason D. Cassady and DESIGNATION of Local Counsel Jordan T. Smith (Filing fee $ 250 receipt number ANVDC-7753483) by Objector VirnetX Inc.. (Smith, Jordan) (Entered: 07/22/2024) |
| 07/22/2024 | 12 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Daniel R. Pearson and DESIGNATION of Local Counsel Jordan T. Smith (Filing fee $ 250 receipt |

| | | |
|---|---|---|
| | | number ANVDC-7753507) by Objector VirnetX Inc.. (Smith, Jordan) (Entered: 07/22/2024) |
| 07/23/2024 | [13](#) | ORDER APPROVING [11](#) Verified Petition for Permission to Practice Pro Hac Vice of Attorney Jason Dodd Cassady for VirnetX Inc. and approving Designation of Local Counsel Jordan T. Smith. Signed by District Judge Anne R. Traum on 7/23/2024.<br>Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov<br>(Copies have been distributed pursuant to the NEF - DRM) (Entered: 07/23/2024) |
| 07/23/2024 | [14](#) | ORDER APPROVING [12](#) Verified Petition for Permission to Practice Pro Hac Vice of Attorney Daniel R. Pearson for VirnetX Inc. and approving Designation of Local Counsel Jordan T. Smith. Signed by District Judge Anne R. Traum on 7/23/2024.<br>Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov<br>(Copies have been distributed pursuant to the NEF - DRM) (Entered: 07/23/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/26/2024 09:46:06 | | | |
| **PACER Login:** | firmaccount | **Client Code:** | 337722.000241 |
| **Description:** | Docket Report | **Search Criteria:** | 3:24-cv-00271-ART-CLB |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |