IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 24-mc-330 (CFC) |
| | ) |
| OMNI BRIDGEWAY (USA) LLC, | ) |
| | ) |
| Respondent. | ) |

**RESPONDENT OMNI BRIDGEWAY (USA) LLC'S**
**<u>REQUEST FOR ORAL ARGUMENT</u>**

Pursuant to Local Rule 7.1.4, Respondent Omni Bridgeway (USA) LLC respectfully requests oral argument in connection with its motion to transfer (D.I. 10) should the Court find it necessary.  Omni further requests that any argument on its motion to transfer precede any argument on Petitioner Apple Inc.'s motion to compel.  (D.I. 2, 22).

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| | */s/ Brian P. Egan* |
| OF COUNSEL: | _____ |
| | Jack B. Blumenfeld (#1014) |
| Jennifer A. Kash | Brian P. Egan (#6227) |
| Francesca M. S. Germinario | 1201 North Market Street |
| WARREN KASH WARREN LLP | P.O. Box 1347 |
| 2261 Market Street, Suite 606 | Wilmington, DE 19899 |
| San Francisco, CA  94114 | (302) 658-9200 |
| (415) 895-2940 | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| | *Attorneys for Respondent* |
| | *Omni Bridgeway (USA) LLC* |
| August 2, 2024 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 2, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian A. Biggs, Esquire<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>*Attorneys for Petitioner Apple Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)