IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

APPLE, INC.,

                        Petitioner,

            v.

OMNI BRIDGEWAY (USA) LLC,

                        Respondent.

Miscellaneous Action No. 24-330-CFC

---

## ORDER

Petitioner Apple Inc. initiated this action by filing a motion to compel Respondent Omni Bridgeway (USA) LLC to comply with a subpoena issued in the Northern District of California in *MPH Technologies OY v. Apple, Inc.*, Civ. Action No. 3:18-CV-05935.  D.I. 2.  Pending before me is Omni's motion to transfer.  D.I. 10.

Omni says that it consents to the transfer of this action to the Northern District of California and has asked me to transfer the action to that court pursuant to Federal Rule of Civil Procedure 45(f).  D.I. 10 ¶ 2.  That rule provides in relevant part that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court *if the person*

*subject to the subpoena consents* or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f) (emphasis added).

Apple opposes Omni's transfer motion. *See* D.I. 20. But Apple does not identify in its briefing and I cannot think of a good reason why I should expend precious judicial resources making a decision that could very well and reasonably be rendered moot or effectively nullified by the rulings of the judge who is overseeing the underlying litigation.

NOW THEREFORE, at Wilmington on this Sixth day of August in 2024, it is HEREBY ORDERED that:

1.     Respondent Omni Bridgeway's Motion to Transfer (D.I. 10) is GRANTED; and

2.     The Clerk of the Court is directed to TRANSFER immediately this action to the United States District Court for the Northern District of California.

CHIEF JUDGE