# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:24−mc−00330−CFC

| | |
|---|---|
| In Re: Omni Bridgeway LLC | Date Filed: 07/03/2024 |
| Assigned to: Judge Colm F. Connolly | Jury Demand: None |
| Case in other court: USDC/NDCA, 3:18−cv−05935−TLT | Nature of Suit: 890 Other Statutory Actions |
| Cause: Motion to Compel | Jurisdiction: Federal Question |

**Petitioner**

| | | |
|---|---|---|
| **Apple Inc.** | represented by | **Brian A. Biggs** |
| | | DLA Piper LLP |
| | | 1201 N. Market Street, Suite 2100 |
| | | Wilmington, DE 19801 |
| | | 302−468−5661 |
| | | Email: brian.biggs@dlapiper.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **Omni Bridgeway LLC** | represented by | **Brian P. Egan** |
| | | Morris, Nichols, Arsht & Tunnell LLP |
| | | 1201 North Market Street |
| | | P.O. Box 1347 |
| | | Wilmington, DE 19899 |
| | | 302−351−9454 |
| | | Email: began@mnat.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2024 | 1 | MOTION to Seal Opening Brief and Exhibit A – filed by Apple Inc.. (Attachments: # 1 Text of Proposed Order) (vfm) (Entered: 07/05/2024) |
| 07/03/2024 | 2 | MOTION to Compel (Filing fee $52 receipt number CDEDC−4444413) – filed by Apple Inc. (Attachments: # 1 Text of Proposed Order # 2 Certification # 3 Civil Cover Sheet) (mrr). (Entered: 07/05/2024) |
| 07/03/2024 | 3 | OPENING BRIEF in Support of D.I. 2 MOTION to Compel filed by Apple Inc.. Answering Brief/Response due date per Local Rules is 7/17/2024. (vfm) (Entered: 07/05/2024) |
| 07/03/2024 | 4 | DECLARATION of Hannah Cannom in support of D.I. 2 MOTION to Compel – filed by Apple Inc. (mrr) (Entered: 07/05/2024) |
| 07/03/2024 | 5 | DECLARATION of Brian A. Biggs in support of D.I. 2 MOTION to Compel – filed by Apple Inc. (mrr) (Entered: 07/05/2024) |
| 07/03/2024 | 6 | |

| | | |
|---|---|---|
| | | [SEALED] EXHIBIT A in support of D.I. 5 Declaration – filed by Apple Inc. (mrr) (Entered: 07/05/2024) |
| 07/03/2024 | Ï 7 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Apple Inc. (mrr) (Entered: 07/05/2024) |
| 07/03/2024 | Ï | Remark: Exit Electronic Copies to Duty Judge JLH. (mrr) (Entered: 07/05/2024) |
| 07/05/2024 | Ï 8 | ORDER: Petitioner's Motion to Seal (D.I. 1 ) is GRANTED. Signed by Judge Jennifer L. Hall on 07/05/2024. (mrr) (Entered: 07/05/2024) |
| 07/05/2024 | Ï | Remark: Case Submitted for Routine Judicial Assignment. (mrr) (Entered: 07/05/2024) |
| 07/10/2024 | Ï | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 07/10/2024) |
| 07/10/2024 | Ï 9 | STANDING ORDER REGARDING BRIEFING IN ALL CASES (nmf) (Entered: 07/10/2024) |
| 07/12/2024 | Ï 10 | MOTION to Transfer Case to Northern District of California – filed by Omni Bridgeway LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Egan, Brian) (Entered: 07/12/2024) |
| 07/12/2024 | Ï 11 | Letter to The Honorable Colm F. Connolly from Brian P. Egan – re 10 MOTION to Transfer Case to Northern District of California. (Egan, Brian) (Entered: 07/12/2024) |
| 07/12/2024 | Ï 12 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Omni Bridgeway Limited for Omni Bridgeway LLC filed by Omni Bridgeway LLC. (Egan, Brian) (Entered: 07/12/2024) |
| 07/15/2024 | Ï 13 | Letter to The Honorable Colm F. Connolly from Brian Biggs – re 11 Letter. (Biggs, Brian) (Entered: 07/15/2024) |
| 07/18/2024 | Ï 14 | REDACTED VERSION of 3 Opening Brief in Support by Apple Inc.. (Biggs, Brian) (Entered: 07/18/2024) |
| 07/18/2024 | Ï 15 | REDACTED VERSION of 6 Exhibit to a Document by Apple Inc.. (Biggs, Brian) (Entered: 07/18/2024) |
| 07/22/2024 | Ï 16 | MOTION for Pro Hac Vice Appearance of Attorney Jennifer A. Kash and Francesca M. S. Germinario – filed by Omni Bridgeway LLC. (Egan, Brian) (Entered: 07/22/2024) |
| 07/22/2024 | Ï 17 | Pro Hac Vice Fee – Credit Card Payment received for Jennifer A. Kash and Francesca M. S. Germinario. ( re 16 MOTION for Pro Hac Vice Appearance of Attorney Jennifer A. Kash and Francesca M. S. Germinario )( Payment of $ 100, receipt number ADEDC–4457246).(Egan, Brian) (Entered: 07/22/2024) |
| 07/22/2024 | Ï | SO ORDERED, re 16 MOTION for Pro Hac Vice Appearance of Attorney Jennifer A. Kash and Francesca M. S. Germinario, filed by Omni Bridgeway LLC. Ordered by Judge Colm F. Connolly on 7/22/2024. (kmd) (Entered: 07/22/2024) |
| 07/22/2024 | Ï 18 | ANSWERING BRIEF in Opposition re 2 MOTION to Compel filed by Omni Bridgeway LLC.Reply Brief due date per Local Rules is 7/29/2024. (Egan, |

| | | |
|---|---|---|
| | | Brian) (Entered: 07/22/2024) |
| 07/22/2024 | Ï 19 | DECLARATION re 18 Answering Brief in Opposition –– *Declaration of Francesca Miki Shima Germinario* –– by Omni Bridgeway LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Egan, Brian) (Entered: 07/22/2024) |
| 07/26/2024 | Ï 20 | ANSWERING BRIEF in Opposition re 10 MOTION to Transfer Case to Northern District of California filed by Apple Inc..Reply Brief due date per Local Rules is 8/2/2024. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Biggs, Brian) (Entered: 07/26/2024) |
| 07/29/2024 | Ï 21 | REPLY BRIEF re 2 MOTION to Compel filed by Apple Inc.. (Attachments: # 1 Exhibit D, # 2 Exhibit E, # 3 Exhibit F)(Biggs, Brian) (Entered: 07/29/2024) |
| 07/29/2024 | Ï 22 | REQUEST for Oral Argument by Apple Inc. re 2 MOTION to Compel. (Biggs, Brian) (Entered: 07/29/2024) |
| 08/02/2024 | Ï 23 | REPLY BRIEF re 10 MOTION to Transfer Case to Northern District of California filed by Omni Bridgeway LLC. (Attachments: # 1 Exhibit D)(Egan, Brian) (Entered: 08/02/2024) |
| 08/02/2024 | Ï 24 | REQUEST for Oral Argument by Omni Bridgeway LLC re 10 MOTION to Transfer Case to Northern District of California. (Egan, Brian) (Entered: 08/02/2024) |
| 08/06/2024 | Ï 25 | ORDER granting 10 Motion to Transfer Case. The Clerk of the Court is directed to TRANSFER immediately this action to the United States District Court for the Northern District of California. Signed by Judge Colm F. Connolly on 8/6/2024. (nmf) (Entered: 08/06/2024) |