Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
24-330@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Respondent Omni Bridgeway*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | Case No. 3:24-mc-80198 |
| Petitioner, | **NOTICE OF ATTORNEY APPEARANCE OF JENNIFER A. KASH** |
| v. | |
| OMNI BRIDGEWAY (USA) LLC, | |
| Respondent. | |

   Respondent Omni Bridgeway (USA) LLC hereby notifies the Court and the parties to this action that Jennifer A. Kash of Warren Kash Warren LLP, an attorney admitted to practice before this Court, appears as counsel for respondent Omni Bridgeway (USA) LLC in this matter.  Please serve all pleadings, correspondence, and other materials on Ms. Kash at the above address.

Date:   August 13, 2024                              Respectfully submitted,

                                                     _____
                                                     Jennifer A. Kash (State Bar No. 203679)
                                                     WARREN KASH WARREN LLP
                                                     2261 Market Street, No. 606
                                                     San Francisco, California, 94114
                                                     +1 (415) 895-2940
                                                     +1 (415) 895-2964 facsimile
                                                     24-330@cases.warrenlex.com

                                                     *Attorney for Respondent Omni Bridgeway*