| | |
|---|---|
| 1 | Jennifer A. Kash (State Bar No. 203679) |
| 2 | Francesca M. S. Germinario (State Bar No. 326208) |
|   | 24-330@cases.warrenlex.com |
| 3 | WARREN KASH WARREN LLP |
|   | 2261 Market Street, No. 606 |
| 4 | San Francisco, California, 94114 |
|   | +1 (415) 895-2940 |
| 5 | +1 (415) 895-2964 facsimile |

*Attorneys for Respondent Omni Bridgeway*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | Case No. 3:24-mc-80198 |
| Petitioner, | **NOTICE OF ATTORNEY APPEARANCE OF FRANCESCA M. S. GERMINARIO** |
| v. | |
| OMNI BRIDGEWAY (USA) LLC, | |
| Respondent. | |

Respondent Omni Bridgeway (USA) LLC hereby notifies the Court and the parties to this action that Francesca M. S. Germinario of Warren Kash Warren LLP, an attorney admitted to practice before this Court, appears as counsel for respondent Omni Bridgeway (USA) LLC in this matter. Please serve all pleadings, correspondence, and other materials on Ms. Germinario at the above address.

Date:   August 13, 2024

Respectfully submitted,

_/s/ Francesca Germinario_____
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-330@cases.warrenlex.com

*Attorney for Respondent Omni Bridgeway*