```
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
24-330@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
```

*Attorneys for Respondent Omni Bridgeway*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Petitioner, <br><br> v. <br><br> OMNI BRIDGEWAY (USA) LLC, <br><br> Respondent. | Case No. 3:24-mc-80198 <br><br> **NOTICE OF CHANGE OF COUNSEL OF BRIAN P. EGAN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that under Civil L.R. 5-1(c)(2)(C), Brian P. Egan hereby withdraws as attorney for Respondent Omni Bridgeway. Warren Kash Warren LLP will continue to represent Omni Bridgeway in this matter.

Date:  August 13, 2024

Respectfully submitted,

_____
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-330@cases.warrenlex.com

Brian P. Egan (DE #6227)
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347

Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com

*Attorneys for Respondent Omni Bridgeway*