Hannah L. Cannom
hcannom@wscllp.com
Walker Stevens Cannom LLP
500 Molino Street, Apt. 118
Los Angeles, California, 90013
Tyler, Texas, 75702
(213) 337-9972

*Attorneys for Petitioner Apple Inc.*

Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Respondent
Omni Bridgeway (USA) LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>　　Petitioner,<br><br>v.<br><br>OMNI BRIDGEWAY (USA) LLC,<br><br>　　Respondent. | Case No. 3:24-mc-80198<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING STAY PENDING APPEAL** |

　　WHEREAS Apple, Inc. served a subpoena to Omni Bridgeway (USA) LLC regarding *MPH Technologies Oy v. Apple, Inc.*, No. 18-5935 (N.D. Cal.), and Apple, Inc. and Omni Bridgeway (USA) LLC briefed a motion to compel in this miscellaneous action regarding compliance with the same, Docket Nos. 10, 18, 21;

　　WHEREAS on September 12, 2024, the Court set Apple Inc.'s motion to compel for hearing on October 18, 2024 at 10:00 a.m., Docket No. 32, and later rescheduled the motion hearing to October 25, 2024 at 10:00am, Docket No. 33;

　　WHEREAS on September 25, 2024, the parties in *MPH Technologies Oy v. Apple, Inc.* requested dismissal of their claims and defenses "without prejudice to an appeal and MPH's right to reinstatement of its claim of infringement in the event of remand, vacatur, reversal or any other outcome

favorable to MPH by the United States Court of Appeals for the Federal Circuit," see No. 18-5935, Docket Nos. 161 and 162; and

WHEREAS the court in *MPH Technologies Oy v. Apple, Inc.*, No. 18-5935 granted the parties' dismissals on September 26, 2024. Docket No. 165.

NOW, THEREFORE, and hereby stipulate and agree as follows:

1. Apple Inc. and Omni Bridgeway (USA) LLC respectfully request that the Court enter an order staying this action and motion to compel proceedings, including taking the October 25, 2024, hearing off-calendar, pending resolution of the appeals from *MPH Technologies Oy v. Apple, Inc.*, No. 18-5935 (N.D. Cal.) in the Court of Appeals in the Federal Circuit.

Date:   October 3, 2024

| | |
|---|---|
| /s/ Hannah L. Cannom | /s Jennifer A. Kash |
| Hannah L. Cannom | Jennifer A. Kash (State Bar No. 203679) |
| hcannom@wscllp.com | Francesca M. S. Germinario (State Bar No. 326208) |
| Walker Stevens Cannom LLP | 24-703@cases.warrenlex.com |
| 500 Molino Street, Apt. 118 | WARREN KASH WARREN LLP |
| Los Angeles, California, 90013 | 2261 Market Street, No. 606 |
| Tyler, Texas, 75702 | San Francisco, California, 94114 |
| (213) 337-9972 | +1 (415) 895-2940 |
| | +1 (415) 895-2964 facsimile |
| *Attorneys for Petitioner Apple Inc.* | |
| | *Attorneys for Respondent Omni Bridgeway (USA) LLC* |

### SIGNATURE ATTESTATION

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date:   October 3, 2024                         /s/ Hannah L. Cannom
                                                                                Hannah L. Cannom

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____, 2024                               _____
                                                                                ALEX G. TSE
                                                                                United States Magistrate Judge