UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., <br><br>        Plaintiff, <br><br>v. <br><br>OMNI BRIDGEWAY LLC, <br><br>        Defendant. | Case No. 24-mc-80198-AGT <br><br>**ORDER GRANTING A STAY AND VACATING THE HEARING** <br><br>Re: Dkt. No. 34 |

On October 3, 2024, the parties filed a stipulation requesting that the Court stay this matter and the proceedings on the motion to compel, and remove the October 25, 2024, hearing from the calendar. Dkt. 34. The parties made their requests in connection with a recent appeal to the Federal Circuit in *MPH Technologies Oy v. Apple, Inc.*, No. 18-cv-5935-TLT (N.D. Cal.). *Id.*

Given that the Federal Court's decision "is likely to provide substantial guidance . . . that will materially impact the Court's decisions in the instant case," *Gustavson v. Mars, Inc.*, No. 13-cv-4537-LHK, 2014 WL 6986421, at *3 (N.D. Cal. Dec. 10, 2014), the Court finds it appropriate to stay this action and vacate the October 25, 2024, hearing date.

Within fourteen days of resolution of the appeal, the parties are to submit a joint status report informing the Court how they intend to proceed with this case in light of the Federal Circuit's decision.

**IT IS SO ORDERED.**

Dated: October 4, 2024

Alex G. Tse
United States Magistrate Judge